```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

ORILLA HOLMES,               )
                             )
       Plaintiff,        )
                             )
v.                           )   No. 13 C 5661
                             )
GC SERVICES, LP,             )
                             )
       Defendant.        )

## MEMORANDUM ORDER

Orilla Holmes' Complaint in this action was filed on August 8, and this Court's pickup of its ECF emails reflects that a First Amended Complaint was filed on August 16. Both this Court's secretary and its courtroom deputy maintain lists of courtesy copies delivered to this Court's chambers (a delivery expressly required both by this District Court's LR 5.2(f) and by this Court's website), and neither list reflects that a copy of either filing was received here. Accordingly plaintiff's counsel is ordered:

    1. to deliver a copy of each of those filings to this Court's chambers forthwith; and

    2. to accompany that delivery with a check for $200 payable to "Clerk, U.S. District Court" by reason of counsel's rule violations.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: August 22, 2013