Todd M. Friedman (6276496)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

Carlos A. Ortiz, Esq. (1050385)
HINSHAW & CULBERTSON LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601
Phone: 312.704.3198
Fax: 312.704.3001
cortiz@hinshawlaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ORILLA HOLMES,** | ) Case No. 1:13-cv-05661 |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **GC SERVICES, LP,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own

costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 8th day of October, 2013.

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Carlos A. Ortiz, Esq.
HINSHAW & CULBERTSON LLP
Attorney for Defendant

Filed electronically on this 8th day of October, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Carlos A. Ortiz, Esq.
HINSHAW & CULBERTSON LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601
This 8th day of October, 2013.

s/Todd M. Friedman
Todd M. Friedman