## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Orilla Holmes
                    Plaintiff,

v.                                      Case No.: 1:13–cv–05661
                                                Honorable Milton I. Shadur

GC Services, LP
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Pursuant to the parties' joint stipulation to dismiss, filed on 10/8/2013, this case is hereby dismissed with prejudice. Each party shall bear their own costs and expenses. Status hearing set for 12/6/2013 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.